# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LAURA L. BLOOMFIELD & DANE A. BLOOMFIELD            Case Number: 07-72240
110 HARVEST GLENN                SSN-xxx-xx-3203 & xxx-xx-8337
DAVIS JUNCTION, IL  61020

Case filed on: 9/20/2007
Plan Confirmed on: 12/10/2007

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $28,499.11         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY PHILIP H HART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ALLIED BUSINESS ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CREDIT MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | LOUIS S. FREEDMAN, ATTORNEY AT LAW | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | PHILLIPS & COHEN ASSOCIATES, LTD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | DEBRA GLEW | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | LAURA L. BLOOMFIELD | 0.00 | 0.00 | 2,123.65 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 2,123.65 | 0.00 |
| 001 | CHASE HOME FINANCE LLC | 133,214.87 | 0.00 | 0.00 | 0.00 |
| 002 | CHASE HOME FINANCE LLC | 39,492.50 | 6,269.58 | 6,269.58 | 0.00 |
| 003 | CHRYSLER HOURLY EMPLOYEES' | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CHRYSLER HOURLY EMPLOYEES' | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | CINGULAR WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 172,707.37 | 6,269.58 | 6,269.58 | 0.00 |
| 006 | ACCOUNT SOLUTIONS GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ADVANCED PAIN INTERVENTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | AFFILIATED SURGEONS OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | AMERICAN ONLINE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | BLACKHAWK CAMPGROUNDS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | BOB SHARP | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | C.B. ACCOUNTS | 399.00 | 399.00 | 399.00 | 0.00 |
| 014 | CAMELOT RADIOLOGY ASSOCIATES, LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CAPITAL ONE BANK (USA) NA | 1,696.15 | 1,696.15 | 1,696.15 | 0.00 |
| 016 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | DIRECT TV | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | GLENWOOD CENTER | 900.12 | 900.12 | 900.12 | 0.00 |
| 021 | LAW OFFICES OF JOEL CARDIS, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MEDIACOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | NATIONWIDE CREDIT INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | NICOR GAS | 625.27 | 625.27 | 625.27 | 0.00 |
| 027 | OSF MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | OSI COLLECTION SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | PATRICIA SABO, EXECT I DHS / DRS | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | RMH PATHOLOGISTS, LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | ROCK VALLEY WOMENS HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | CREDITORS PROTECTION SERVICE, INC | 214.00 | 214.00 | 214.00 | 0.00 |
| 034 | ALLIED BUSINESS ACCOUNTS INC | 4,319.28 | 4,319.28 | 4,319.28 | 0.00 |
| 035 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | ROCKFORD MERCANTILE AGENCY INC | 602.08 | 602.08 | 602.08 | 0.00 |
| 037 | SAMS CLUB | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | MERCY HEALTH SYSTEM | 248.10 | 248.10 | 248.10 | 0.00 |
| 039 | UNITED RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | UNIVERSAL FIDELITY CORPORATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | AFNI/VERIZON | 138.25 | 138.25 | 138.25 | 0.00 |
| 043 | CREDITORS PROTECTION SERVICE, INC | 3,800.46 | 3,800.46 | 3,800.46 | 0.00 |
| 044 | CAPITAL ONE BANK (USA) NA | 1,110.56 | 1,110.56 | 1,110.56 | 0.00 |
| 046 | EDGERTON HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | GALENA- STRAUSS HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | VILLAGE OF DAVIS JUNCTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | AIS SERVICES LLC | 202.82 | 202.82 | 202.82 | 0.00 |
| 050 | CREDITORS PROTECTION SERVICE, INC | 912.00 | 912.00 | 912.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---|---|---|
| 051 | ROUNDUP FUNDING LLC | 198.61 | 198.61 | 198.61 | 0.00 |
| 052 | GLENWOOD CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | MUTUAL MANAGEMENT SERVICES | 2,801.25 | 2,801.25 | 2,801.25 | 0.00 |
| | Total Unsecured | 18,167.95 | 18,167.95 | 18,167.95 | 0.00 |
| | Grand Total: | 190,875.32 | 24,437.53 | 26,561.18 | 0.00 |

Total Paid Claimant:    $26,561.18
Trustee Allowance:      $1,937.93
Percent Paid Unsecured:    100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009            By  /s/Heather M. Fagan